UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BRONSON PARTNERS, LLC,<br>d/b/a NEW ENGLAND DIET CENTER,<br>and BRONSON DAY SPA, and<br><br>MARTIN HOWARD, individually,<br>as a member of defendant BRONSON<br>PARTNERS, LLC, d/b/a/<br>NEW ENGLAND DIET CENTER and<br>BRONSON DAY SPA,<br><br>    Defendants, and<br><br>H & H MARKETING, LLC and SANDRA<br>HOWARD,<br><br>    Relief Defendants. | CIVIL NO. 3:04-CV-01866 SRU<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>May 5, 2009 |

**PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS AND RELIEF DEFENDANT FROM INTRODUCING AT TRIAL EVIDENCE RELATING TO PAYMENTS, CHARGES, FEES, DEBITS OR DEDUCTIONS DEFENDANT BRONSON PARTNERS, LLC MADE AFTER CONSUMER PAYMENTS FOR CHINESE DIET TEA AND THE BIO-SLIM PATCH WERE DEPOSITED IN ITS BANK ACCOUNT**

**ORAL ARGUMENT IS REQUESTED**

Plaintiff Federal Trade Commission ("FTC") moves *in limine* and respectfully requests the entry of an order to preclude the Defendants, Bronson Partners, LLC, doing business as New England Diet Center and Bronson Day Spa ("Bronson"), and Martin Howard (collectively "Defendants"), and Relief Defendants, H&H Marketing, LLC and Sandra Howard, from introducing any evidence at trial relating to payments, charges, fees, debits or deductions made by Defendants, after consumer payments for Chinese Diet Tea and the Bio-Slim Patch were deposited into Bronson's bank account. As set forth in the Memorandum of Law accompanying this motion, such evidence is not relevant to the issue of the amount of consumer restitution the FTC is entitled to recover. Under the law as enunciated in *FTC v. Verity Int'l, Ltd.*, 443 F.3d 48, 67-68 (2d Cir. 2006), *cert. denied*, 127 S. Ct. 1868 (2007), and its progeny, in a direct seller case, such as this, the FTC is entitled to recover the gross sales of the fraudulently advertised products, less refunds, with no offsets for expenses, charges, fees or other costs or payments.

    Respectfully submitted,

    DAVID C. SHONKA
    Acting General Counsel

    **LEONARD L. GORDON**
    Director, Northeast Region

    */s/ Robin Eichen*
    **ROBIN E. EICHEN (CT 26398)**
    reichen@ftc.gov
    **NUR-UL-HAQ (Special Bar No. phv03213)**
    nhaq@ftc.gov
    Attorneys for Plaintiff
    Federal Trade Commission
    Northeast Region
    1 Bowling Green, Suite 318
    New York, NY 10004
    Tel:   (212) 607-2803 (Eichen)
           (212) 607-2806 (Haq)
    Fax:  (212) 607-2822