UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FEDERAL TRADE COMMISSION

    v.                                                                            3:04cv1866    (SRU)

BRONSON PARTNERS, LLC, d/b/a NEW
ENGLAND DIET CENTER, and BRONSON
DAY SPA, and MARTIN HOWARD,
H & H MARKETING, LLC, and SANDRA HOWARD

## JUDGMENT

This action came on for consideration before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiff's complaint for permanent injunction and other equitable relief and a motion for summary judgment.

On July 10, 2008, the Court entered a Ruling on Motion for Summary Judgment, granting plaintiff's motion with respect to liability on all claims. On June 2, 2009 a hearing on damages was held, and on December 4, 2009, a Ruling and Order was entered, ordering defendants Bronson Partners, LLC, Martin Howard and H & H Marketing, LLC, jointly and severally, to pay $1,942,325.00 in restitution to the plaintiff. Relief defendant Sandra Howard met her burden of demonstrating that she provided a legitimate service in exchange for monies paid to her by defendants. Accordingly, Sandra Howard is not liable for any portion of the restitution award. On December 29, 2009 a Permanent Injunction Order was entered, which is hereby incorporated into this judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff, and against the defendants in the total amount of $1,942,325.00, plus statutory interest

on the amount of judgment from the date judgment is entered. In addition, the defendants are hereby permanently enjoined as set forth in the permanent injunction order dated December 29, 2009.

Dated at Bridgeport, Connecticut, this 5th day of January 2010.

ROBIN D. TABORA, Clerk

By   /s/ Barbara Sbalbi
        Deputy Clerk

Entered on Docket _____